UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GUERRA,<br><br>    Plaintiff,<br><br>    v.<br><br>LINEAR TECHNOLOGY CORP., et al.,<br><br>    Defendants. | Case No. 16-cv-05514-PJH<br><br>**ORDER SETTING DEADLINE TO RESPOND TO APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. Nos. 19, 20 |

    Before the court is plaintiff David Guerra's motion for a temporary restraining order (TRO). Dkt. 19. In a letter filed with the court today, defendants ask that the TRO motion be denied, or in the alternative, that the court advise them of a due date for an opposition brief. Dkt. 20.

    The court hereby ORDERS that defendants shall file a responsive brief to the TRO motion on or before Tuesday, **October 11**. The court will then consider the matter on the papers. Should the court conclude that a hearing is necessary, it will so notify the parties.

    **IT IS SO ORDERED.**

Dated: October 6, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge