UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID GUERRA,

    Plaintiff,

    v.

LINEAR TECHNOLOGY CORP., et al.,

    Defendants.

Case No. 16-cv-05514-PJH

**ORDER DENYING MOTION FOR TRO AS MOOT**

Re: Dkt. Nos. 19, 22

Before the court is a joint letter from the parties in this case, indicating that they have reached an agreement which "will moot the claims" in plaintiff's application for a temporary restraining order (TRO). Dkt. 22. Accordingly, the court DENIES plaintiff's application for a TRO (Dkt. 19) as moot, given the agreement.

The letter does not address plaintiff's pending motion for a preliminary injunction (Dkt. 7). Although the court denied the motion to shorten time regarding this motion, Dkt. 18, the motion for a preliminary injunction itself remains pending. The parties are hereby ORDERED to inform the court, no later than October 17, 2016, whether, in light of their agreement, this motion is moot as well.

**IT IS SO ORDERED.**

Dated: October 13, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge