DAVID J. BERGER, State Bar No. 147645
CATHERINE E. MORENO, State Bar No. 264517
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dberger@wsgr.com
       cmoreno@wsgr.com

Attorneys for Defendants

BARBARA A. ROHR, State Bar No. 273353
BENJAMINE HEIKALI, State Bar No. 307466
FARUQI & FARUQI, LLP
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: brohr@faruqilaw.com
       bheikali@faruqilaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID GUERRA, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LINEAR TECHNOLOGY CORP., ROBERT H. SWANSON, JR., LOTHAR MAIER, ARTHUR C. AGNOS, JOHN J. GORDON, DAVID S. LEE, RICHARD M. MOLEY and THOMAS S. VOLPE, <br><br> Defendants. | CASE NO.: 4:16-cv-05514-PJH <br><br> **STIPULATED [PROPOSED] ORDER DISMISSING ACTION** <br><br> Before: Honorable Phyllis Hamilton <br> Courtroom: 3-3rd Floor |

1      WHEREAS, on September 28, 2016, plaintiff David Guerra ("Plaintiff") commenced a
2 Class Action for Violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934
3 and Rule 14a-9 (the "Action"), against defendants Linear Technology Corp. ("Linear"), Robert
4 H. Swanson, Jr., Lothar Maier, Arthur C. Agnos, John J. Gordon, David S. Lee, Richard M.
5 Moley, and Thomas S. Volpe (collectively, "Defendants");

6      WHEREAS, the Action alleges that Defendants violated Sections 14(a) and 20(a) of the
7 Securities Exchange Act of 1934 (the "Exchange Act") and Rule 14a-9 promulgated thereunder
8 by causing an allegedly material incomplete and misleading Schedule 14A Definitive Proxy
9 Statement (the "Proxy") to be filed with the Securities and Exchange Commission (the "SEC")
10 on September 16, 2016, which recommended that Linear stockholders vote in favor of approving
11 a proposed transaction between Linear and Analog Devices, Inc. (the "Proposed Transaction");

12      WHEREAS, on October 12, 2016, Linear filed a Form 8-K with the SEC, providing
13 supplemental disclosures to the Proxy;

14      WHEREAS, during a special meeting of Linear stockholders held on October 18, 2016,
15 Linear stockholders voted to approve the Proposed Transaction;

16      WHEREAS, Plaintiff believes that the supplemental disclosures contained in Linear's
17 October 12, 2016 Form 8-K addressed certain of Plaintiff's allegations and claims under Section
18 14(a) of the Exchange Act;

19      WHEREAS, Plaintiff and Defendants have reached an agreement with respect to the
20 payment of attorneys' fees and expenses based on the benefits Plaintiff claims were provided by
21 the supplemental disclosures set forth in Linear's October 12, 2016 Form 8-K, and Defendants
22 have agreed to provide Plaintiff with a single payment of $195,000 in attorneys' fees and
23 expenses;

24      WHEREAS, based on the proceedings to date, Plaintiff has determined that certain
25 claims asserted in this Action have been mooted and the remaining claims are so unlikely to be
26 successful as to warrant dismissal;

27
28

1  WHEREAS, Defendants deny the allegations in the Action and expressly maintain that
2  they acted diligently and scrupulously, and complied with all applicable fiduciary, disclosure,
3  and other legal duties;
4  WHEREAS, it is the intention of counsel for Plaintiff in this Action to dismiss the Action
5  with prejudice as to Plaintiff;
6  WHEREAS, no class has been certified in the Action;
7  NOW, THEREFORE, subject to the approval of the Court, Plaintiff and Defendants, by
8  and through their counsel, stipulate and agree as follows:

1. The Action shall be dismissed, and the claims asserted therein shall be dismissed with prejudice as to Plaintiff.

Dated: October 21, 2016              WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation


                                     By: /s/ Catherine E. Moreno
                                         Catherine E. Moreno
                                         cmoreno@wsgr.com

                                     Attorneys for Defendants
                                     Linear Technology Corp., Robert H.
                                     Swanson, Jr., Lothar Maier, Arthur C.
                                     Agnos, John J. Gordon, David S. Lee,
                                     Richard M. Moley and Thomas S. Volpe


Dated: October 21, 2016              FARUQI & FARUQI, LLP


                                     By: /s/ Barbara A. Rohr
                                         Barbara A. Rohr
                                         brohr@faruqilaw.com

                                     Attorneys for Plaintiff
                                     David Guerra

**ATTESTATION**

I, Catherine E. Moreno, am the ECF User whose identification and password are being used to file this Stipulated [Proposed] Order Dismissing Action.  I hereby attest that Barbara A. Rohr has concurred in this filing.

Dated:  October 21, 2016                                    WILSON SONSINI GOODRICH & ROSATI
                                                                                    Professional Corporation


                                                                                    By: */s/ Catherine E. Moreno*
                                                                                            Catherine E. Moreno

Case 4:16-cv-05514-PJH   Document 27   Filed 10/24/16   Page 5 of 5

## **~~PROPOSED~~ ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the Class Action Complaint for Violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 and Rule 14a-9 is dismissed, and the claims asserted therein are dismissed with prejudice as to Plaintiff.

DATED: October 24, 2016



_____
Honorable Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton